Jeffrey A. Kimmel (JK-0584)
Racquel Crespi Weintraub (RW-1614)
MEISTER SEELIG & FEIN LLP
140 East 45th St., 19th Fl.
New York, NY 10017
(212) 655-3500
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PETER SMITH,

                Plaintiff,

-against-

FLIK INTERNATIONAL CORP., COMPASS GROUP USA, INC., CREDIT SUISSE FIRST BOSTON, LLC,

                Defendants.
------------------------------------------------------------------X

05-CV-3320 (LAK)

**PLAINTIFF'S NOTICE OF MOTION IN SUPPORT OF MOTION TO COMPEL DISCLOSURE**

      **PLEASE TAKE NOTICE**, that upon the Declaration of Jeffrey A. Kimmel, Esq., duly sworn to the 10th day of October, 2005 and the exhibits annexed thereto, and upon all prior pleadings and proceedings had herein, the undersigned will move this Court, before Hon. Lewis A. Kaplan, U.S.D.J., pursuant to Rule 37 of the Federal Rules of Civil Procedure and Judge Kaplan's Individual Practices, to be held in and for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for an Order directing Defendants Flik International Corp. ("Flik") and Compass Group USA, Inc. ("Compass") and Credit Suisse First Boston, LLC ("CSFB"), to respond fully to Plaintiff's outstanding document demands by a certain date, and granting such other and further relief as this Court deems just and proper.

Dated: New York, New York
       October 10, 2005

MEISTER SEELIG & FEIN LLP

_____
Jeffrey A. Kimmel, Esq.
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
212-655-3500
*Attorneys for Plaintiff*

To:    Michael Kalish, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
(212) 351-4500
Fax: (212) 878-8738
Email: mkalish@ebglaw.com
(Service by means of electronic filing)

Elena Paraskevas-Thadani, Esq.
Littler Mendelson, P.C.
885 Third Avenue 16th Floor
New York, NY 10022
212 583 2685
Fax: 212 832 2719
Email: ethadani@littler.com
(Service by means of electronic filing)